AO 241
(Rev. 01/15)

Page 2

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: WESTERN | |
|---|---|---|
| Name (under which you were convicted): BUD ALEC LARSON | | Docket or Case No.: 3:15-CV-05606-RBL-DWC |
| Place of Confinement : WASHINGTON ST. PENITENTIARY 1313 N. 13TH AVE. Walla Walla, Wa. 99362 | Prisoner No.: 906286 | |
| Petitioner (include the name under which you were convicted)   Respondent (authorized person having custody of petitioner) | | |

v.

BUD ALEC LARSON          Don Holbrook

The Attorney General of the State of: WASHINGTON

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Clallam Bay Corrections Center Disciplinary infraction

(b) Criminal docket or case number (if you know): Do Not Know.

2.  (a) Date of the judgment of conviction (if you know): Convicted of STAFF ASAULT

(b) Date of sentencing: July 2014

3.  Length of sentence: 60 DAYS Loss of good Conduct Time, IMU Program

4.  In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Prison Disciplinary Hearing

6.  (a) What was your plea? (Check one)

    ☒ (1) Not guilty        ☐ (3) Nolo contendere (no contest)

    ☐ (2) Guilty            ☐ (4) Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   Non Applicable),

(c) If you went to trial, what kind of trial did you have? (Check one)

❏ Jury    ❏ Judge only   N A.

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

❏ Yes    ❏ No   NA.

8.  Did you appeal from the judgment of conviction?

❏ Yes    ❏ No   AdminisTRATivey.

9.  If you did appeal, answer the following:

(a) Name of court:   NA.

(b) Docket or case number (if you know):   NA.

(c) Result:   NA.

(d) Date of result (if you know):   NA.

(e) Citation to the case (if you know):   NA.

(f) Grounds raised:   NA.

(g) Did you seek further review by a higher state court?   ☑ Yes    ❏ No

If yes, answer the following:

(1) Name of court:   Wash. Court of Appeals Division one,

(2) Docket or case number (if you know):   UNKNOWN.

(3) Result:   July 2014.

(4) Date of result (if you know):   NA,

AO 241
(Rev. 01/15)

Page 4

(5) Citation to the case (if you know): NA.

(6) Grounds raised: NA.

(h) Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): NA.

(2) Result: NA.

(3) Date of result (if you know): NA.

(4) Citation to the case (if you know): NA.

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court: Div. ONE Court OF WASHINGTON Appeals

(2) Docket or case number (if you know): UNKNOWN.

(3) Date of filing (if you know): October 2014

(4) Nature of the proceeding: PERSONAL RESTRAINT PETITION

(5) Grounds raised: 1. Found Guilty of STAFF ASAULT Based ON Confidentiality. Failed To pROVE "Some Evidence" STANDARd.

2. Failure To Look at Video.

3. Failure To Call my WITNESSES.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  ☐ Yes  ☑ No

(7) Result: Found Guilty of INSfraction.

(8) Date of result (if you know): UNKNOWN

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: NA.

(2) Docket or case number (if you know): NA

(3) Date of filing (if you know): NA.

(4) Nature of the proceeding: NA.

(5) Grounds raised: NA.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: NA.

(8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: NA.

(2) Docket or case number (if you know): NA.

(3) Date of filing (if you know): NA.

(4) Nature of the proceeding: Prison Disciplinary Infraction.

(5) Grounds raised: NA.

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _NA._

(8) Date of result (if you know): _NA._

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☐ Yes    ☑ No

(2) Second petition:    ☐ Yes    ☑ No

(3) Third petition:    ☐ Yes    ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_Did Not Know That I Could Appeal To WASH. Supr. Court._

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** _Hearing officer Relied on a Confidential informant Hearsay_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_In Clallam Bay Corrections Center my Friend and I were infracted for "Conspiracy to Commit Staff Assault. At The Hearing, I was Denied The Video That would disprove my involvement. I was Denied The Witness Statements That would prove my Innocence. Hearing officer Relied upon Hearsay Confidential Information That Never met The "Some Evidence" Threshold. My Friend Was xonerated, I Was Found Guilty._

(b) If you did not exhaust your state remedies on Ground One, explain why:

_I did Not Know i Could File a motion For Discretionary Review with The Washington Supreme Court._

AO 241
(Rev. 01/15)

Page 7

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: I'm unsure what issues were Brought up in my first Personal Restraint Petition as another inmate wrote it out for me),

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Personal Restraint Petition

Name and location of the court where the motion or petition was filed: Washington Court of appeals, Div. one, One Union Square, 600 University St. Seattle Wa. 98101

Docket or case number (if you know): unknown

Date of the court's decision: October 2014 i believe).

Result (attach a copy of the court's opinion or order, if available): I Believe I was Dismissed

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☑ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Div. one, Court of appeals. One Union Square, 600 University St. Sea. Wa. 98101,

Docket or case number (if you know): unknown

Date of the court's decision: October 2014,

Result (attach a copy of the court's opinion or order, if available): Dismissed,

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: I failed to file motion for Discretionary Review, as i didn't Know That I Could

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: I filed an Administrative Appeal With Clallam Bay's Superintendent and Lost.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Not applicable (NA).

(b) If you did not exhaust your state remedies on Ground Two, explain why: NA.

(c) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: NA.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: NA.

Name and location of the court where the motion or petition was filed: NA.

Docket or case number (if you know): NA.

Date of the court's decision: NA.

AO 241
(Rev. 01/15)

Page 9

Result (attach a copy of the court's opinion or order, if available):     NA.

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?               ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    NA

Docket or case number (if you know):    NA.

Date of the court's decision:    NA.

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA.

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Two :   NA.

**GROUND THREE:**    NA.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA.

AO 241
(Rev. 01/15)

Page 10

(b) If you did not exhaust your state remedies on Ground Three, explain why: NA.

_____

_____

_____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:   NA.

_____

_____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:   NA.

Name and location of the court where the motion or petition was filed:   NA.

_____

Docket or case number (if you know):   NA.

Date of the court's decision:   NA.

Result (attach a copy of the court's opinion or order, if available):   NA.

_____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:   NA.

_____

Docket or case number (if you know):   NA.

Date of the court's decision:   NA

Result (attach a copy of the court's opinion or order, if available):   NA.

_____

_____

_____

AO 241
(Rev. 01/15)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

NA.

**GROUND FOUR:**    NA

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

NA—

(b) If you did not exhaust your state remedies on Ground Four, explain why:    NA.

(c)    **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐  Yes    ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:    NA,

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes    ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    NA,

Name and location of the court where the motion or petition was filed: NA,

Docket or case number (if you know): NA.

Date of the court's decision: NA.

Result (attach a copy of the court's opinion or order, if available): NA.

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: NA.

Docket or case number (if you know): NA.

Date of the court's decision: NA.

Result (attach a copy of the court's opinion or order, if available): NA.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

NA.

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: NA.

AO 241
(Rev. 01/15)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court

having jurisdiction?    ☐ Yes    ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

presenting them:    None).

(b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which

ground or grounds have not been presented, and state your reasons for not presenting them:

I dont Know.

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

that you challenge in this petition?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues

raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy

of any court opinion or order, if available.    NA.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

the judgment you are challenging?    ☐ Yes    ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

raised.    NA.

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

        judgment you are challenging:

        (a) At preliminary hearing:          NA.

        (b) At arraignment and plea:          NA,

        (c) At trial:          NA.

        (d) At sentencing:          NA –

        (e) On appeal:          NA.

        (f) In any post-conviction proceeding:          NA,

        (g) On appeal from any ruling against you in a post-conviction proceeding:          NA.

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

        challenging?          ☐ Yes     ☑ No

        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

                             NA.

        (b) Give the date the other sentence was imposed:          NA,

        (c) Give the length of the other sentence:          NA.

        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

        future?          ☑ Yes     ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

        why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        I filed my Personal Restraint Petition in

        october 2014 i believe, So I might be Time-Barred I dont

        Know.

AO 241
(Rev. 01/15)

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for State post-conviction or other collateral review with
        respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation
        under this subsection.

Therefore, petitioner asks that the Court grant the following relief: *Review in Camera the*
*"Confidential information" and Determine if this infraction*
*should be [~~inf~~] affirmed or not and Restore my good Conduct Time.*
or any other relief to which petitioner may be entitled.

_____
*Bud A. Larson*
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on   *12-4-2015*   (month, date, year).

Executed (signed) on   *12-4-2015.*   (date).

_____
*Bud A. Larson*
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____